UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eric Michael Sorenson,

        Plaintiff,                      **ORDER**
v.                                       Civil No. 15-1573 ADM/LIB

Minnesota Department of
Human Services et al.,

        Defendants.

_____

Eric Michael Sorenson, *pro se*.

_____

This matter is before the undersigned United States District Judge for consideration of Eric Michael Sorenson's ("Sorenson") Motion to Proceed In Forma Pauperis Status on Appeal to the Eighth Circuit [Docket No. 25] and Application/Affidavit for IFP/COA to Waive Court Costs and Fees for Leave to Proceed in the Eighth Circuit Court of Appeals [Docket No. 26].

Sorenson requests to appeal this Court's ruling denying his motion to appoint counsel and to proceed *in forma pauperis* on appeal. Upon considering the Eighth Circuit precedent cited by Sorenson, the Court finds that Sorenson may immediately appeal the denial of his motion to appoint counsel in this 42 U.S.C. § 1983 action. See Bowman v. Bowersox, 467 Fed. Appx. 535 (8th Cir. 2012) (citing Slaughter v. City of Maplewood, 731 F.2d 587, 588–89 (8th Cir. 1984) (holding that a denial of a motion to appoint counsel may be immediately appealed in a Section 1983 action pursuant to the collateral-order doctrine)).

Accordingly, based upon the foregoing, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Sorenson's motion and application to proceed IFP on appeal

[Docket Nos. 25 and 26] are granted.

BY THE COURT:

s/Ann D. Montgomery  
ANN D. MONTGOMERY  
U.S. DISTRICT JUDGE

Dated: June 4, 2015.