UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Eric Michael Sorenson,

            Plaintiff,

vs.                               ORDER ADOPTING THE
                                   REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

            Defendants.             Civ. No. 15-1573 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Plaintiff's Motion for Partial Default Judgment, [Docket No. 27] is **DENIED**.

                                                s/Ann D. Montgomery
                                                Ann D. Montgomery, Judge
DATED: January 5, 2016               United States District Court
At Minneapolis, Minnesota