UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Eric Michael Sorenson,

        Plaintiff,

vs.                            ORDER ADOPTING THE
                               REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

        Defendants.           Civ. No. 15-1573 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendants' Motion to Dismiss Plaintiff's Complaint [Docket No. 17], is GRANTED, and that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                              s/Ann D. Montgomery
                                              Ann D. Montgomery, Judge
DATED: February 16, 2016          United States District Court
At Minneapolis, Minnesota